IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RAYMOND JACKSON, #16034879,** § | |
| § | |
| Petitioner, § | |
| v. § | Civil Action No. **3:16-CV-3037-L** |
| § | |
| **DALLAS COUNTY SHERIFF DEP'T,** § | |
| *et al.*, § | |
| Respondent. § | |

### ORDER

On December 20, 2016, United States Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with a court order. No objections were filed to the Report.

Having reviewed the pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with a court order.

**It is so ordered** this 3rd day of April, 2017.

Sam A. Lindsay
United States District Judge

Order – Solo Page